```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-21-09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                       :
Jason Judd, Surviving Son and                          :
Executor of the Estate of James D.                     :
Judd, Deceased,                                        :         No. 1:08-cv-4094 (JFK)
                        Plaintiff,                     :
                                                       :
                v.                                     :
                                                       :
Merck & Co., Inc.                                      :
                        Defendant                      :
                                                       :
-------------------------------------------------------x

## ORDER TO SUBSTITUTE COUNSEL

Following the September 9, 2009 conference, it is hereby ORDERED that Daniel A. Osborn is substituted as counsel of record for plaintiff in this case.

Dated:  New York, New York
        September 21, 2009

                                        John F. Keenan
                                        UNITED STATES DISTRICT JUDGE